IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:24-CR-105-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| CURTIS DAVIS, | ) | |
| | ) | |
| Defendant. | ) | |

In light of defendants letter of August 25, 2025 [D.E. 56], defendant's counsel, James Ayers, SHALL contact defendant.

SO ORDERED. This _3_ day of September, 2025.

JAMES C. DEVER III
United States District Judge