IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:24-CR-105-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| MATTHEW HILTON, and | ) | |
| CURTIS DAVIS, | ) | |
| | ) | |
| Defendants. | ) | |

The trial in this case shall begin on May 11, 2026, at 10:00 a.m. in courtroom one of the Terry Sanford Federal Building and United States Courthouse, 310 New Bern Avenue, Raleigh, North Carolina.

The court finds that the ends of justice served by granting this extension outweigh the best interest of the public and the defendants in a speedy trial. The period of delay necessitated by this extension is excluded from speedy trial computation pursuant to 18 U.S.C. §§ 3161(h)(1)(D), (h)(6), and 3161(h)(7)(A). The delay will permit the parties the reasonable time necessary for effective trial preparation, including reviewing discovery, subpoenaing witnesses, making required expert disclosures, and submitting proposed jury instructions and voir dire questions, taking into account the exercise of due diligence. See id. § 3161(h)(7)(B)(i), (iv).

All expert disclosures under Federal Rule of Criminal Procedure 16 must be filed not later than April 24, 2026. See Fed. R. Crim. P. 16(a)(1)(F)–(G), 16(b)(1)(B)–(C).

SO ORDERED. This _25_ day of March, 2026.

JAMES C. DEVER III
United States District Judge