UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:24-CR-105-D-BM-2

UNITED STATES OF AMERICA )
)
v. )
) ORDER TO SEAL
CURTIS DAVIS, ) DOCKET ENTRY 154
)
Defendant. )

This matter coming on and being heard through the undersigned U.S. District Court

Judge upon Motion to Seal Docket Entry Number 154, filed on July 21, 2026, is made for

good cause;

IT IS HERBY ORDERED, ADJUDGED AND DECREED that Docket Entry

Number 154, be sealed.

This __22__ day of July, 2026.

_____

JAMES C. DEVER III
United States District Judge